**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|   |   | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|-----------------|-----------------------------------------------|
| 1. | **Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Pamela** <br> First Name <br> **Renee** <br> Middle Name <br> **Riley** <br> Last Name <br><br> Suffix (Sr., Jr., II, III) | First Name <br><br> Middle Name <br><br> Last Name <br><br> Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | **Mrs. William** <br> First Name <br> **Steven** <br> Middle Name <br> **Riley, Jr.** <br> Last Name | First Name <br><br> Middle Name <br><br> Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __9__ __0__ __2__ __9__ <br> OR <br> 9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____ <br> OR <br> 9xx – xx – ____ ____ ____ ____ |

Debtor 1    **Pamela Renee Riley**      Case number (if known) _____

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

About Debtor 1:

☐ I have not used any business names or EINs.

**Neighborhood Academy**
_____
Business name

_____
Business name

_____
Business name

3 2 – 0 1 2 7 5 8 1
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5. Where you live**

**9706 Wayne Avenue**
_____
Number   Street

_____

_____

**Lubbock**    **TX**    **79424-4817**
City      State    ZIP Code

**Lubbock**
_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City      State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number   Street

_____

_____

_____
City      State    ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City      State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:   Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

Debtor 1    **Pamela Renee Riley**           Case number (if known) _____

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, _____ |
| | | MM / DD / YYYY | if known |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, _____ |
| | | MM / DD / YYYY | if known |

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 __Pamela Renee Riley__ Case number (if known) _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____  _____  _____
City                        State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes. What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
                        Number     Street

_____

_____  _____  _____
City                        State    ZIP Code

Debtor 1     **Pamela Renee Riley**                                          Case number (if known)

---

**Part 5:**     **Explain Your Efforts to Receive a Briefing About Credit Counseling**

---

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** |
| Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** |
| Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** |
| To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. | To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. |
| Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. | Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. |
| If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. | If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. |
| Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.** I am currently on active military duty in a military combat zone. | ☐ **Active duty.** I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Pamela Renee Riley**         Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Pamela Renee Riley**          Case number (if known) _____

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Pamela Renee Riley** _____      X _____
    Pamela Renee Riley, Debtor 1                    Signature of Debtor 2

Executed on **06/28/2019** _____            Executed on _____
        MM / DD / YYYY                            MM / DD / YYYY

Debtor 1   **Pamela Renee Riley** _____    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Elizabeth S. Huffman** _____    Date **06/28/2019** _____
     Signature of Attorney for Debtor                 MM / DD / YYYY

**Elizabeth S. Huffman** _____
Printed name

**Elizabeth S. Huffman** _____
Firm Name

**Law Office of Elizabeth S. Huffman** _____
Number         Street

**1706 14th Street** _____

_____

**Lubbock** _____ **TX**    **79401-3826** _____
City                            State      ZIP Code

Contact phone   **(806) 762-2744** _____    Email address **huffmanlaw@sbcglobal.net** _____

**00787734** _____ _____
Bar number                                 State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Pamela** | **Renee** | **Riley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from Schedule A/B................................................................    **$375,000.00**

    1b. Copy line 62, Total personal property, from Schedule A/B....................................................    **$119,473.00**

    1c. Copy line 63, Total of all property on Schedule A/B..............................................................    **$494,473.00**

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....    **$450,580.63**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F....................................    **$10,787.44**

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+**    **$243,034.13**

**Your total liabilities**    **$704,402.20**

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I..........................................................................    **$7,753.87**

5. *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J....................................................................................    **$2,603.87**

Debtor 1    **Pamela Renee Riley** _____    Case number (if known) _____

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$666.66

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)

$0.00

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)

$2,400.00

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)

$0.00

9d.  Student loans.  (Copy line 6f.)

$20,730.00

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)

$0.00

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)

+ $0.00

9g.  **Total.**  Add lines 9a through 9f.

$23,130.00

**Fill in this information to identify your case and this filing:**

Debtor 1    **Pamela**          **Renee**          **Riley**
            First Name          Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name        Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)    _____

☐ Check if this is an
  amended filing

Official Form 106A/B

## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.1.

**9706 Wayne Ave**
Street address, if available, or other description

_____

**Lubbock**          **TX**    **79424**
City                 State   ZIP Code

**Lubbock**
County

**Homestead at 9706 Wayne Ave,
Lubbock, TX
Lot 795 of Lakeridge Country Club
Estates Addition to the City of
Lubbock, Lubbock County, Texas
including any and all improvements**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the          Current value of the
entire property?               portion you own?**

        **$375,000.00**              **$375,000.00**

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**

☑ Check if this is community property
  (see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any
    entries for pages you have attached for Part 1. Write that number here............................................... ➔   | **$375,000.00** |

Debtor 1 **Pamela Renee Riley** _____ Case number (if known) _____

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☒ Yes

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **GMC** | ☐ Debtor 1 only | |
| Model: | **Yukon XL** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Year: | **2015** | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | **72,000** | ☒ At least one of the debtors and another | **$35,000.00** / **$35,000.00** |

Other information:
**2015 GMC Yukon XL (approx. 72,000 miles)**

☒ **Check if this is community property** (see instructions)

| 3.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Ford** | ☐ Debtor 1 only | |
| Model: | **F-150 Raptor** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Year: | **2018** | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | | ☒ At least one of the debtors and another | **$75,998.00** / **$75,998.00** |

Other information:
**2018 Ford F-150 Raptor (debtor's estranged spouse has this vehicle; do not know if this truck has already been repossessed or not; Debtor wishes to surrender any interest she might have in this vehicle)**

☒ **Check if this is community property** (see instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................➔ | **$110,998.00** |

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☒ Yes. Describe..... | **See continuation page(s).** | **$4,825.00** |

Debtor 1    **Pamela Renee Riley**          Case number (if known) _____

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe..... | See continuation page(s). | $750.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe..... | | _____

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe..... | Bicycles (estranged spouse has possession of these items) | $500.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe..... | | _____

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..... | Clothing | $300.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..... | Jewelry | $500.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe..... | 2 Pet Yorkies | $1,000.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............ | | _____

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here................................................................ ➔ | $7,875.00

---

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1    **Pamela Renee Riley**                                    Case number (if known) _____

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes............................................................................................................... Cash: ........................ **$350.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................        Institution name:

17.1.    Checking account:    **First Bank & Trust Checking account no ******9745**    **$250.00**

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific
information about
them..........................        Name of entity:                          % of ownership:

**Stock in Neighborhood Academy (S Corp; Debtor and her estranged spouse owned this business jointly; business was sold; do not believe there is any value in stock)**    **100%**    **Unknown**

**15% interest in Optimized Fitness (Debtor's estranged spouse works here and draws a salary; unknown value of any interest she might have as the 15% was given to William by his business partner, Dr. Richard Henderson)**    **15%**    **Unknown**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them..........................        Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
account separately.    Type of account:        Institution name:

Debtor 1 __Pamela Renee Riley_____ Case number (if known) _____

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☑ No
    ☐ Yes............................ Institution name or individual:

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes............................ Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes............................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
    powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific
       information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific
       information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific
       information about them

**Money or property owed to you?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information
       about them, including whether
       you already filed the returns
       and the tax years......................

    Federal: _____
    State: _____
    Local: _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information

    Alimony: _____
    Maintenance: _____
    Support: _____
    Divorce settlement: _____
    Property settlement: _____

Debtor 1     **Pamela Renee Riley**                             Case number (if known) _____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
                  compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance
         company of each policy
         and list its value................ Company name:                Beneficiary:               Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
    entitled to receive property because someone has died

    ☑ No
    ☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim........

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................. ➔    **$600.00**

| Part 5: | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

                                                    **Current value of the portion you own?**
                                                    Do not deduct secured
                                                    claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe..

Debtor 1    **Pamela Renee Riley**          Case number (if known) _____

39. **Office equipment, furnishings, and supplies**
 *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

  ☑ No
  ☐ Yes. Describe.. _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

  ☑ No
  ☐ Yes. Describe.. _____

41. **Inventory**

  ☑ No
  ☐ Yes. Describe.. _____

42. **Interests in partnerships or joint ventures**

  ☑ No
  ☐ Yes. Describe..... Name of entity:        % of ownership:

43. **Customer lists, mailing lists, or other compilations**

  ☑ No
  ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
      ☐ No
      ☐ Yes. Describe.... _____

44. **Any business-related property you did not already list**

  ☑ No
  ☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................. ➔ | **$0.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

  ☑ No. Go to Part 7.
  ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
 *Examples:* Livestock, poultry, farm-raised fish

  ☑ No
  ☐ Yes.... _____

48. **Crops--either growing or harvested**

  ☑ No
  ☐ Yes. Give specific information............... _____

Debtor 1 **Pamela Renee Riley**       Case number (if known) _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

  ☑ No
  ☐ Yes.... _____ _____

**50. Farm and fishing supplies, chemicals, and feed**

  ☑ No
  ☐ Yes.... _____ _____

**51. Any farm- and commercial fishing-related property you did not already list**

  ☑ No
  ☐ Yes. Give specific information................ _____ _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................................** ➔ | **$0.00** |

---

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

  ☑ No
  ☐ Yes. Give specific information.

**54. Add the dollar value of all of your entries from Part 7. Write that number here.............................** ➔ | **$0.00** |

---

## Part 8: List the Totals of Each Part of this Form

**55. Part 1: Total real estate, line 2.................................................................................................** ➔    **$375,000.00**

**56. Part 2: Total vehicles, line 5**       **$110,998.00**

**57. Part 3: Total personal and household items, line 15**       **$7,875.00**

**58. Part 4: Total financial assets, line 36**       **$600.00**

**59. Part 5: Total business-related property, line 45**       **$0.00**

**60. Part 6: Total farm- and fishing-related property, line 52**       **$0.00**

**61. Part 7: Total other property not listed, line 54**  +   **$0.00**

**62. Total personal property.**  Add lines 56 through 61................. | **$119,473.00** | Copy personal property total ➔ + | **$119,473.00** |

**63. Total of all property on Schedule A/B.**  Add line 55 + line 62............................................ | **$494,473.00** |

Debtor 1    **Pamela Renee Riley**          Case number (if known) _____

**6.**    **Household goods and furnishings (details):**

| | |
|---|---:|
| **Stove and Microwave** | **$200.00** |
| **Refrigerator and Freezer** | **$700.00** |
| **Dishwasher** | **$400.00** |
| **Washer and Dryer** | **$700.00** |
| **Bedroom Furniture** | **$500.00** |
| **Silverware, dishes and cookware** | **$200.00** |
| **Household Tools** | **$100.00** |
| **Misc Decor** | **$600.00** |
| **Dining Room Furniture** | **$500.00** |
| **Den Furniture** | **$150.00** |
| **Books** | **$500.00** |
| **Desk** | **$75.00** |
| **Lawn Equipment (mower, edger, weed eater, blower, etc.) (estranged spouse has possession of these items)** | **$200.00** |

**7.**    **Electronics (details):**

| | |
|---|---:|
| **Cell Phones** | **$200.00** |
| **Televisions-3 and DVD Player** | **$550.00** |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Pamela** | **Renee** | **Riley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt                    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of   *Part 2: Additional Page*   as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**     *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Homestead at 9706 Wayne Ave, Lubbock, TX**<br>**Lot 795 of Lakeridge Country Club Estates Addition to the City of Lubbock, Lubbock County, Texas including any and all improvements**<br>Line from *Schedule A/B:*   **1.1** | $375,000.00 | ☑ $63,297.83<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2015 GMC Yukon XL (approx. 72,000 miles)**<br><br>Line from *Schedule A/B:*   **3.1** | $35,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **Pamela Renee Riley**          Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Stove and Microwave** <br><br> Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Refrigerator and Freezer** <br><br> Line from *Schedule A/B*: __6__ | $700.00 | ☑ $700.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dishwasher** <br><br> Line from *Schedule A/B*: __6__ | $400.00 | ☑ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Washer and Dryer** <br><br> Line from *Schedule A/B*: __6__ | $700.00 | ☑ $700.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Bedroom Furniture** <br><br> Line from *Schedule A/B*: __6__ | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Silverware, dishes and cookware** <br><br> Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Household Tools** <br><br> Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Misc Decor** <br><br> Line from *Schedule A/B*: __6__ | $600.00 | ☑ $600.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dining Room Furniture** <br><br> Line from *Schedule A/B*: __6__ | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1 **Pamela Renee Riley**                                                    Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Den Furniture** <br><br> Line from *Schedule A/B*: **6** | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Books** <br><br> Line from *Schedule A/B*: **6** | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Desk** <br><br> Line from *Schedule A/B*: **6** | $75.00 | ☑ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Lawn Equipment (mower, edger, weed eater, blower, etc.) (estranged spouse has possession of these items)** <br> Line from *Schedule A/B*: **6** | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Cell Phones** <br><br> Line from *Schedule A/B*: **7** | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Televisions-3 and DVD Player** <br><br> Line from *Schedule A/B*: **7** | $550.00 | ☑ $550.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Bicycles (estranged spouse has possession of these items)** <br> Line from *Schedule A/B*: **9** | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Clothing** <br><br> Line from *Schedule A/B*: **11** | $300.00 | ☑ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Jewelry** <br><br> Line from *Schedule A/B*: **12** | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |

Debtor 1     **Pamela Renee Riley**_____     Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2 Pet Yorkies**<br><br>Line from *Schedule A/B*: ___**13**___ | **$1,000.00** | ☑ ___**$1,000.00**___<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |

| **Fill in this information to identify your case:** |
| --- |

| Debtor 1 | **Pamela** | **Renee** | **Riley** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
| --- | --- | --- | --- |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
| --- | --- |

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
| --- | --- | --- | --- | --- |

**2.1**

**Ford Motor Credit Company, LLC**
Creditor's name
**P.O. Box 62180**
Number    Street

_____

**Colorado Springs CO   80962**
City               State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **11/18/2017**

**Describe the property that secures the claim:**

**2018 Ford F-150 Raptor**

Amount of claim: **$75,998.00**    Value of collateral: **$75,998.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

Last 4 digits of account number   **7   9   0   1**

She does not have possession of this vehicle; she wishes to surrender her interest back to Ford in full satisfaction of the debt; she does not know if the truck has already been reposessed by Ford or not

Add the dollar value of your entries in Column A on this page. Write that number here:    **$75,998.00**

Debtor 1  **Pamela Renee Riley**

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |

---

**2.2**

**IRS**
Creditor's name
**P.O. Box 7346**
Number    Street

_____

**Philadelphia       PA     19101-7346**
City                      State       ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**    **2016**

**Tax lien from 2014 and 2015 taxes**

**Describe the property that secures the claim:**

**Property in Lubbock County**

Column A: $38,000.00   Column B: $375,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Federal Tax Lien**

**Last 4 digits of account number**  ___ ___ ___ ___

---

**2.3**

**Lubbock Central Appr. Dist.**
Creditor's name
**C/o Laura J. Monroe**
Number    Street
**P.O. Box 817**

_____

**Lubbock       TX     79408**
City                State       ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**    **2018**

**Describe the property that secures the claim:**

**FFME& Inventory with Vehicle**

Column A: $676.46   Column B: $676.46

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Property Taxes**

**Last 4 digits of account number**  **4  7  4  9**

**Business was sold in 2019, so they should not be liable for any future property taxes to LCAD**

---

Add the dollar value of your entries in Column A on this page. Write that number here:

**$38,676.46**

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 2

Debtor 1 **Pamela Renee Riley**

Case number (if known) _____

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.4**

**Wells Fargo Auto**
Creditor's name
**MACT 9017-026**
Number   Street
**P.O. Box 168048**

_____

**Irving**          **TX**   **75016**
City          State   ZIP Code

Describe the property that secures the claim:

**2015 GMC Yukon XL Denali**

$42,204.00   $35,000.00   $7,204.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **12/27/2016**

**approx 72k miles**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

Last 4 digits of account number   **5   9   2   3**

**2.5**

**Wells Fargo Home Mortgage**
Creditor's name
**P.O. Box 10335**
Number   Street

_____

**Des Moines**   **IA**   **50306**
City          State   ZIP Code

Describe the property that secures the claim:

**Homestead**

$273,702.17   $375,000.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   _____

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

Last 4 digits of account number   ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

$315,906.17

Debtor 1 **Pamela Renee Riley**

Case number (if known) _____

| | | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | | | |

| 2.6 | Describe the property that secures the claim: | $14,000.00 | $375,000.00 | |

**Wells Fargo Home Mortgage**
Creditor's name
**P.O. Box 10335**
Number     Street

**Homestead**

_____

**Des Moines       IA     50306**
City                 State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Mortgage arrears**

Date debt was incurred    **Various**         Last 4 digits of account number ___ ___ ___ ___

| 2.7 | Describe the property that secures the claim: | $6,000.00 | $375,000.00 | |

**Wells Fargo Home Mortgage**
Creditor's name
**P.O. Box 10335**
Number     Street

**Homestead**

_____

**Des Moines       IA     50306**
City                 State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Mortgage arrears**

Date debt was incurred    **7/1/19-8/31/19**    Last 4 digits of account number ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**     $20,000.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**     $450,580.63

**Fill in this information to identify your case:**

Debtor 1     **Pamela**       **Renee**       **Riley**
           First Name          Middle Name         Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name         Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
    amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

**Part 1:**     **List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.
    ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $1,083.96 | $1,083.96 | $0.00 |

**Diane Lara**
Priority Creditor's Name
**2609 Colgate Street**
Number     Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   **2019**

**Lubbock**       **TX**     **79415**
City            State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Who incurred the debt?** Check one.
    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☑ At least one of the debtors and another
    ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
    ☑ No
    ☐ Yes

**Type of PRIORITY unsecured claim:**
    ☐ Domestic support obligations
    ☐ Taxes and certain other debts you owe the government
    ☐ Claims for death or personal injury while you were intoxicated
    ☑ Other. Specify
        **Wages, Salaries, and Commissions**

Debtor 1 __Pamela Renee Riley__                                    Case number (if known) _____

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

### 2.2

|  | **$2,200.00** | **$2,200.00** | **$0.00** |

__Elizabeth S. Huffman__
Priority Creditor's Name
__Attorney at Law__
Number      Street
__1706 14th Street__

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  __06/27/2019__

__Lubbock__          __TX__    __79401-3826__
City              State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [x] Other. Specify

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Attorney fees for this case**

### 2.3

|  | **$2,400.00** | **$2,400.00** | **$0.00** |

__IRS__
Priority Creditor's Name
__P.O. Box 7346__
Number      Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  __2019__

__Philadelphia__      __PA__    __19101-7346__
City              State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Neigborhood Academy**

Debtor 1 **Pamela Renee Riley**                                    Case number (if known) _____

| Part 1: | Your PRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.4**

| | $810.78 | $810.78 | $0.00 |
|---|---|---|---|

**Reagan Durham**
Priority Creditor's Name
**304 LaSalle Dr**
Number        Street

_____

**Clovis                    NM        88101**
City                          State        ZIP Code

Who incurred the debt?    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    **2019**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [x] Other. Specify
    **Wages, Salaries, and Commissions**

**2.5**

| | $1,513.32 | $1,513.32 | $0.00 |
|---|---|---|---|

**Texas Workforce Commission**
Priority Creditor's Name
**Attn:  Rick Diaz**
Number        Street
**101 E 15th St, Rm 556**

_____

**Austin                    TX        78778-0001**
City                          State        ZIP Code

Who incurred the debt?    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    **2019**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [x] Other. Specify
    **Wages, Salaries, and Commissions**

**2.6**

| | $2,779.38 | $2,779.38 | $0.00 |
|---|---|---|---|

**Texas Workforce Commission**
Priority Creditor's Name
**Attn:  Rick Diaz**
Number        Street
**101 E 15th St, Rm 556**

_____

**Austin                    TX        78778-0001**
City                          State        ZIP Code

Who incurred the debt?    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    **2019**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [x] Other. Specify
    **Wages, Salaries, and Commissions**

Debtor 1   **Pamela Renee Riley** _____   Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | | | **$63,000.00** |

**Air Evac Lifeteam**
Nonpriority Creditor's Name
**1001 Boardwalk Springs Place**
Number        Street
**#250**

_____

**O'Fallon            MO    63368**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Minor son was air lifted from Abilene to Lubbock**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**   6/11/2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical Expense**

| 4.2 | | | **$20,000.00** |

**American Express**
Nonpriority Creditor's Name
**777 American Expressway**
Number        Street

_____

**Ft. Lauderdale       FL    33337-0001**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

Debtor 1 **Pamela Renee Riley**     Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**                                           **$216.00**

**Atmos Energy**
Nonpriority Creditor's Name
**Attn:  Bankruptcy Group**
Number    Street
**P.O. Box 650205**

**Dallas**       **TX**   **75265-0205**
City       State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Utility Expense**

**4.4**                                             **$500.00**

**Canon Financial**
Nonpriority Creditor's Name
**P.O. Box 5008**
Number    Street

**Mt. Laurel**      **NJ**   **08054**
City       State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Copier Lease**

Debtor 1 __Pamela Renee Riley__                                    Case number (if known) _____

---

**Part 2:      Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.5 | | $789.00 |
|---|---|---|

**Capital One**
Nonpriority Creditor's Name
**P.O. Box 30285**
Number        Street

_____

**Salt Lake City          UT        84130-0285**
City                  State      ZIP Code

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**   __9   7   0   7__
**When was the debt incurred?**   __10/26/2005__

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

| 4.6 | | $1,191.00 |
|---|---|---|

**Capital One**
Nonpriority Creditor's Name
**P.O. Box 30285**
Number        Street

_____

**Salt Lake City          UT        84130-0285**
City                  State      ZIP Code

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**   __2   9   7   2__
**When was the debt incurred?**   __5/11/2005__

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

Debtor 1 **Pamela Renee Riley**        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.7 | | $214.00 |
|---|---|---|

**Collectech Diversified**
Nonpriority Creditor's Name
**P.O. Box 12027**
Number    Street
_____

**Lubbock**      **TX**    **79452**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **2**   **1**   **1**   **9**
**When was the debt incurred?**   **3/7/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for-Covenant Med Grp**

| 4.8 | | $118.00 |
|---|---|---|

**Cook Children's Pediatric**
Nonpriority Creditor's Name
**410 Lone Star Drive**
Number    Street
_____

**Abilene**      **TX**    **79602**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical Expense**

Debtor 1 **Pamela Renee Riley** _____ Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |

| 4.9 | | $640.00 |

**Covenant Health System**
Nonpriority Creditor's Name
**P.O. Box 1201**
Number     Street
_____

**Lubbock          TX     79408-1201**
City             State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **2   3   8   0**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Medical Expense**

| 4.10 | | $200.00 |

**Culligan of Lubbock**
Nonpriority Creditor's Name
**6024 43rd Street**
Number     Street
_____

**Lubbock          TX     79407**
City             State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___ ___ ___ ___
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Water Purification Service**

Debtor 1    **Pamela Renee Riley**           Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

Total claim

**4.11**

$279.21

**Custom Electronics**
Nonpriority Creditor's Name
**1214 18th Street**
Number      Street
_____

**Lubbock**      **TX**    **79401**
City         State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Alarm Monitoring**

**4.12**

$4,000.00

**David & Sherelle Vaughn**
Nonpriority Creditor's Name
**3808 54th Street**
Number      Street
_____

**Lubbock**      **TX**    **79413**
City         State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prepaid Tuition**

Debtor 1 __**Pamela Renee Riley**_____  Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.13**

**Falcon Emergency Physicians**                                                    **$1,935.00**
Nonpriority Creditor's Name
**1900 Pine St**
Number        Street

_____

**Abilene**              **TX**    **79601**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Expense**

**4.14**

**Hendrick Medical Center**                                                        **$4,979.00**
Nonpriority Creditor's Name
**P.O. Box 3117**
Number        Street

_____

**Abilene**              **TX**    **79604**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Minor Son's Medical**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** **6/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Expense**

Debtor 1   **Pamela Renee Riley**           Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.15**                                                                  **$279.00**

**Kohls/Chase**
Nonpriority Creditor's Name
**P.O. Box 3115**
Number        Street
_____

**Milwaukee**      **WI**    **53201-3115**
City          State    ZIP Code

**Who incurred the debt?**    Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   7   1   1   4
**When was the debt incurred?**    **11/26/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

**4.16**                                                                 **$1,533.26**

**LP & L**
Nonpriority Creditor's Name
**City of Lubbock/Atty's Office**
Number      Street
**P.O. Box 2000**
_____

**Lubbock**      **TX**    **79457**
City          State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Utility Expense**

Debtor 1 __Pamela Renee Riley__      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

                                                               **Total claim**

### 4.17

                                                                **$78,000.00**

**Lubbock National Bank**
Nonpriority Creditor's Name
**P.O. Box 6100**
Number      Street
_____

**Lubbock**      **TX**      **79493-6100**
City            State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    __10/31/2018__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Line of Credit**

### 4.18

                                                                 **$2,386.28**

**Lubbock National Bank**
Nonpriority Creditor's Name
**P.O. Box 6100**
Number      Street
_____

**Lubbock**      **TX**      **79493-6100**
City            State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    __2019__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Overdrawn Account**

Debtor 1    **Pamela Renee Riley**          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.19

**Merrick Bank**
Nonpriority Creditor's Name
**P.O. Box 9201**
Number    Street

_____

**$1,020.00**

**Last 4 digits of account number**   7   3   9   7
**When was the debt incurred?**   7/18/2006

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Old Bethpage**    **NY**    **11804-9201**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

### 4.20

**Nelnet/US Dept of Education**
Nonpriority Creditor's Name
**P.O. Box 82561**
Number    Street

_____

**$12,756.00**

**Last 4 digits of account number**   7   4   7   1
**When was the debt incurred?**   10/12/2001

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lincoln**    **NE**    **68501-2561**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

Debtor 1    **Pamela Renee Riley**                                           Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

---

**4.21**
$7,974.00

**Nelnet/US Dept of Education**
Nonpriority Creditor's Name
**P.O. Box 82561**
Number        Street
_____

**Lincoln**              **NE**      **68501-2561**
City                State       ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7   4   7   1**
When was the debt incurred?    **10/12/2001**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other.  Specify

---

**4.22**
$70.00

**Progressive Insurance**
Nonpriority Creditor's Name
**6300 Wilson Mills Rd**
Number        Street
_____

**Mayfield Village**        **OH**    **44143**
City                State       ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Account**

Debtor 1 **Pamela Renee Riley** _____ Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.23**

**$90.00**

**Radiology Assoc of Abilene**
Nonpriority Creditor's Name
**401 Cypress #10**
Number        Street

_____

**Abilene            TX      79601**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical Expense**

**4.24**

**$270.25**

**Scholastic Book Clubs**
Nonpriority Creditor's Name
**1501 S Loop 289**
Number        Street

_____

**Lubbock            TX      79423**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Account**

Debtor 1 **Pamela Renee Riley**                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.25 | |
|---|---|
| | **$1,125.00** |

**South Taylor EMS**
Nonpriority Creditor's Name
**1458 CR 314**
_____
Number          Street

_____

_____

**Abilene          TX     79606**
City                State    ZIP Code

**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Medical Expense**

| 4.26 | |
|---|---|
| | **$57.02** |

**Stonemark Inc**
Nonpriority Creditor's Name
**8501 Wade Blvd, Ste 620**
_____
Number          Street

_____

_____

**Frisco          TX     75034**
City                State    ZIP Code

**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Account**

Debtor 1    **Pamela Renee Riley**             Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.27**

**$835.00**

**Sudden Link**
Nonpriority Creditor's Name
**6710 Hartford Avenue**
Number     Street
_____

**Lubbock**       **TX**    **79413**
City           State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Account**

**4.28**

**$13,700.00**

**Swift Financial Corp**
Nonpriority Creditor's Name
**501 Carr Rd, Ste 301**
Number     Street
_____

**Wilmington**       **DE**    **19809**
City           State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Account**

Debtor 1 __**Pamela Renee Riley**_____  Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.29 | | $444.00 |

**Target Bankruptcy Department**
Nonpriority Creditor's Name
**P.O. Box 1327**
Number         Street

_____

**Minneapolis           MN     55440**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __8__ __3__ __6__ __4__
When was the debt incurred?   __5/17/2007__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

| 4.30 | | $0.00 |

**The Degrasse Law Firm PC**
Nonpriority Creditor's Name
**1800 Bering, Ste. 1000**
Number         Street

_____

**Houston                TX     77057**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __4__ __2__ __3__ __6__
When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Attorney for-American Express**

Debtor 1  **Pamela Renee Riley**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

Total claim

4.31                                                                          **$1,482.00**

**Transworld Systems Inc**
Nonpriority Creditor's Name
**P.O. Box 15618**
_____
Number       Street
_____

**Wilmington          DE      19850-5618**
City                 State   ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **2   8   6   9**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Collection Account**

---

4.32                                                                          **$601.11**

**US Foods**
Nonpriority Creditor's Name
**915 E 50th Street**
_____
Number       Street
_____

**Lubbock            TX      79404**
City                 State   ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Account**

Debtor 1    **Pamela Renee Riley**                  Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.33**                                     **$18,000.00**

**Vista Bank**
Nonpriority Creditor's Name
**4515 98th Street**
Number      Street

**Lubbock**         **TX**     **79424**
City               State     ZIP Code

**Who incurred the debt?**     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** \_\_ \_\_ \_\_ \_\_
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Account**

Checking Acct No's: 9832; 2008; 2713; $13,614.17 due by 4/6/19 prior to lawsuit

---

**4.34**                                     **$300.00**

**Waste Connections**
Nonpriority Creditor's Name
**5813 E FM 40**
Number      Street

**Lubbock**         **TX**     **79403**
City               State     ZIP Code

**Who incurred the debt?**     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** \_\_ \_\_ \_\_ \_\_
**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Dumpster Service**

Debtor 1 **Pamela Renee Riley** _____ Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |

**4.35**

                                                **$4,050.00**

**Zachary & Marcie Miller**
Nonpriority Creditor's Name
**c/o Wagstaff LLP**
Number     Street
**P.O. Box 360**

**Abilene**        **TX**     **79604**
City              State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Tuition Advanced**

**Believe that new buyers of Neighborhood Academy assumed this obligation**

Debtor 1 **Pamela Renee Riley**                                    Case number (if known)

| | |
|---|---|
| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**A Plus Storage**
Name
**10410 Slide Rd**
Number        Street

**Lubbock**               **TX**      **79424**
City                             State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Allstate Auto Insurance**
Name
**P.O. Box 660598**
Number        Street

**Dallas**                 **TX**      **75266**
City                             State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Barrett Daffin Frappier et al**
Name
**4004 Belt Line Rd, Ste 100**
Number        Street

**Addison**               **TX**      **75001**
City                             State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for-Wells Fargo**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **4   4   1   0**

**Chad Smith**
Name
**Attorney at Law**
Number        Street
**8008 Slide Road, Ste. 33**

**Lubbock**               **TX**      **79424-2828**
City                             State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for-Vista Bank**           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Complete Payment Recovery Serv**
Name
**3500 5th St**
Number        Street

**Northport**             **AL**      **35476**
City                             State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for-Lubbock**            ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Natl Bank**

Last 4 digits of account number  **9   8   5   6**

Debtor 1    **Pamela Renee Riley**                                    Case number (if known)

| | |
|---|---|
| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Ford Credit**
Name
**Customer Service Center**
Number      Street
**P.O. Box 542000**

**Omaha**              **NE**    **68154-8000**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __7_ __9_ __0_ __1_

---

**R. Michael McCauley, Jr.**
Name
**McWhorter, Cobb & Johnson**
Number      Street
**P.O. Box 2547**

**Lubbock**            **TX**    **79408-2547**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Tascosa Office Machines**
Name
**1502 Avenue Q**
Number      Street

**Lubbock**            **TX**    **79401**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Account**            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Waste Connections Inc.**
Name
**P.O. Box 2782**
Number      Street

**Lubbock**            **TX**    **79408**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Utility Service**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

Debtor 1    **Pamela Renee Riley** _____    Case number (if known) _____

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6.    **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$2,400.00** |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** | **$8,387.44** |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. | **$10,787.44** |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$20,730.00** |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** | **$222,304.13** |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$243,034.13** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Pamela** | **Renee** | **Riley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   Person or company with whom you have the contract or lease         State what the contract or lease is for

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Pamela** First Name | **Renee** Middle Name | **Riley** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** *(If you are filing a joint case, do not list either spouse as a codebtor.)*
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☑ No
      ☐ Yes

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **William Riley, Jr.** Name | ☑ Schedule D, line __2.5__ |
|---|---|---|
| | **7503 Homestead Ave** Number    Street | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule G, line _____ |
| | **Lubbock** City    **TX** State    **79424** ZIP Code | **Wells Fargo Home Mortgage** |

| 3.2 | **William Riley, Jr.** Name | ☑ Schedule D, line __2.4__ |
|---|---|---|
| | **7503 Homestead** Number    Street | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule G, line _____ |
| | **Lubbock** City    **TX** State    **79424** ZIP Code | **Wells Fargo Auto** |

Debtor 1    **Pamela Renee Riley**                                    Case number (if known) _____

| | **Additional Page to List More Codebtors** |
|---|---|

Column 1:  **Your codebtor**                         Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.3 | **William Riley, Jr.** |
|---|---|
Name
**7503 Homestead**
Number      Street

_____

**Lubbock**                **TX**        **79424**
City                        State       ZIP Code

☑ Schedule D, line __**2.2**__
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**IRS**

| 3.4 | **William Riley, Jr.** |
|---|---|
Name
**7503 Homestead**
Number      Street

_____

**Lubbock**                **TX**        **79424**
City                        State       ZIP Code

☑ Schedule D, line __**2.1**__
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Ford Motor Credit Company, LLC**

| 3.5 | **William Riley, Jr.** |
|---|---|
Name
**7503 Homestead**
Number      Street

_____

**Lubbock**                **TX**        **79424**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.28**__
☐ Schedule G, line _____
**Swift Financial Corp**

| 3.6 | **William Riley, Jr.** |
|---|---|
Name
**7503 Homestead**
Number      Street

_____

**Lubbock**                **TX**        **79424**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.17**__
☐ Schedule G, line _____
**Lubbock National Bank**

| 3.7 | **William Riley, Jr.** |
|---|---|
Name
**7503 Homestead**
Number      Street

_____

**Lubbock**                **TX**        **79424**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.18**__
☐ Schedule G, line _____
**Lubbock National Bank**

| 3.8 | **William Riley, Jr.** |
|---|---|
Name
**7503 Homestead**
Number      Street

_____

**Lubbock**                **TX**        **79424**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.33**__
☐ Schedule G, line _____
**Vista Bank**

Debtor 1    **Pamela Renee Riley**              Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.9**

**William Riley, Jr.**
Name

**7503 Homestead**
Number     Street

**Lubbock**     **TX**     **79424**
City     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.2**
- ☐ Schedule G, line _____

**American Express**

---

**3.10**

**William Riley, Jr.**
Name

**7503 Homestead**
Number     Street

**Lubbock**     **TX**     **79424**
City     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.11**
- ☐ Schedule G, line _____

**Custom Electronics**

---

**3.11**

**William Riley, Jr.**
Name

**7503 Homestead**
Number     Street

**Lubbock**     **TX**     **79424**
City     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.4**
- ☐ Schedule G, line _____

**Canon Financial**

---

**3.12**

**William Riley, Jr.**
Name

**7503 Homestead**
Number     Street

**Lubbock**     **TX**     **79424**
City     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.32**
- ☐ Schedule G, line _____

**US Foods**

---

**3.13**

**William Riley, Jr.**
Name

**7503 Homestead**
Number     Street

**Lubbock**     **TX**     **79424**
City     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **2.3**
- ☐ Schedule G, line _____

**IRS**

---

**3.14**

**William Riley, Jr.**
Name

**7503 Homestead**
Number     Street

**Lubbock**     **TX**     **79424**
City     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.16**
- ☐ Schedule G, line _____

**LP & L**

---

Debtor 1    **Pamela Renee Riley**          Case number (if known) _____

██████    **Additional Page to List More Codebtors**

Column 1: **Your codebtor**                    Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.15 | **William Riley, Jr.** |
Name

**7503 Homestead**
Number    Street

_____

**Lubbock**         **TX**    **79424**
City              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.3**
☐ Schedule G, line _____
**Atmos Energy**

| 3.16 | **William Riley, Jr.** |
Name

**7503 Homestead**
Number    Street

_____

**Lubbock**         **TX**    **79424**
City              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.27**
☐ Schedule G, line _____
**Sudden Link**

| 3.17 | **William Riley, Jr.** |
Name

**7503 Homestead**
Number    Street

_____

**Lubbock**         **TX**    **79424**
City              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.1**
☐ Schedule G, line _____
**Air Evac Lifeteam**

| 3.18 | **William Riley, Jr.** |
Name

**7503 Homestead**
Number    Street

_____

**Lubbock**         **TX**    **79424**
City              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.23**
☐ Schedule G, line _____
**Radiology Assoc of Abilene**

| 3.19 | **William Riley, Jr.** |
Name

**7503 Homestead**
Number    Street

_____

**Lubbock**         **TX**    **79424**
City              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.13**
☐ Schedule G, line _____
**Falcon Emergency Physicians**

| 3.20 | **William Riley, Jr.** |
Name

**7503 Homestead**
Number    Street

_____

**Lubbock**         **TX**    **79424**
City              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.8**
☐ Schedule G, line _____
**Cook Children's Pediatric**

Debtor 1 **Pamela Renee Riley**                                    Case number (if known) _____

███  **Additional Page to List More Codebtors**

Column 1: **Your codebtor**                          Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.21 | **William Riley, Jr.** | | |
|---|---|---|---|

Name
**7503 Homestead**
Number        Street

_____

**Lubbock**            **TX**    **79424**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.25**
☐ Schedule G, line _____
**South Taylor EMS**

| 3.22 | **William Riley, Jr.** | | |
|---|---|---|---|

Name
**7503 Homestead**
Number        Street

_____

**Lubbock**            **TX**    **79424**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.14**
☐ Schedule G, line _____
**Hendrick Medical Center**

| 3.23 | **William Riley, Jr.** | | |
|---|---|---|---|

Name
**7503 Homestead**
Number        Street

_____

**Lubbock**            **TX**    **79424**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.31**
☐ Schedule G, line _____
**Transworld Systems Inc**

| 3.24 | **William Riley, Jr.** | | |
|---|---|---|---|

Name
**7503 Homestead**
Number        Street

_____

**Lubbock**            **TX**    **79424**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.9**
☐ Schedule G, line _____
**Covenant Health System**

| 3.25 | **William Riley, Jr.** | | |
|---|---|---|---|

Name
**7503 Homestead**
Number        Street

_____

**Lubbock**            **TX**    **79424**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **2.5**
☐ Schedule G, line _____
**Texas Workforce Commission**

| 3.26 | **William Riley, Jr.** | | |
|---|---|---|---|

Name
**7503 Homestead**
Number        Street

_____

**Lubbock**            **TX**    **79424**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **2.6**
☐ Schedule G, line _____
**Texas Workforce Commission**

Debtor 1 __Pamela Renee Riley__  Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.27 | **William Riley, Jr.** |
|---|---|
| | Name |

**7503 Homestead**
Number       Street

_____

**Lubbock**                    **TX**        **79424**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.26**
☐ Schedule G, line _____
**Stonemark Inc**

| 3.28 | **William Riley, Jr.** |
|---|---|
| | Name |

**7503 Homestead**
Number       Street

_____

**Lubbock**                    **TX**        **79424**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.22**
☐ Schedule G, line _____
**Progressive Insurance**

| 3.29 | **William Riley, Jr.** |
|---|---|
| | Name |

**7503 Homestead**
Number       Street

_____

**Lubbock**                    **TX**        **79424**
City                        State       ZIP Code

☑ Schedule D, line   **2.3**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Lubbock Central Appr. Dist.**

| 3.30 | **William Riley, Jr.** |
|---|---|
| | Name |

**7503 Homestead**
Number       Street

_____

**Lubbock**                    **TX**        **79424**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.24**
☐ Schedule G, line _____
**Scholastic Book Clubs**

| 3.31 | **William Riley, Jr.** |
|---|---|
| | Name |

**7503 Homestead**
Number       Street

_____

**Lubbock**                    **TX**        **79424**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.35**
☐ Schedule G, line _____
**Zachary & Marcie Miller**

| 3.32 | **William Riley, Jr.** |
|---|---|
| | Name |

**7503 Homestead**
Number       Street

_____

**Lubbock**                    **TX**        **79424**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.6**
☐ Schedule G, line _____
**Ford Credit**

Debtor 1 __Pamela Renee Riley__        Case number (if known) _____

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**        *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.33 | **William Riley, Jr.** |
|---|---|
| | Name |
| | **7503 Homestead** |
| | Number    Street |
| | |
| | **Lubbock**      **TX**      **79424** |
| | City      State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.30__
☐ Schedule G, line _____
**The Degrasse Law Firm PC**

| 3.34 | **William Riley, Jr.** |
|---|---|
| | Name |
| | **7503 Homestead** |
| | Number    Street |
| | |
| | **Lubbock**      **TX**      **79424** |
| | City      State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __5.4__
☐ Schedule G, line _____
**Chad Smith**

| 3.35 | **William Riley, Jr.** |
|---|---|
| | Name |
| | **7503 Homestead** |
| | Number    Street |
| | |
| | **Lubbock**      **TX**      **79424** |
| | City      State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __5.7__
☐ Schedule G, line _____
**R. Michael McCauley, Jr.**

| 3.36 | **William Riley, Jr.** |
|---|---|
| | Name |
| | **7503 Homestead** |
| | Number    Street |
| | |
| | **Lubbock**      **TX**      **79424** |
| | City      State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __5.5__
☐ Schedule G, line _____
**Complete Payment Recovery Serv**

| 3.37 | **William Riley, Jr.** |
|---|---|
| | Name |
| | **7503 Homestead** |
| | Number    Street |
| | |
| | **Lubbock**      **TX**      **79424** |
| | City      State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __5.1__
☐ Schedule G, line _____
**A Plus Storage**

| 3.38 | **William Riley, Jr.** |
|---|---|
| | Name |
| | **7503 Homestead** |
| | Number    Street |
| | |
| | **Lubbock**      **TX**      **79424** |
| | City      State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __5.8__
☐ Schedule G, line _____
**Tascosa Office Machines**

Debtor 1 __Pamela Renee Riley__ Case number (if known) _____

███ **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                     *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.39 | **William Riley, Jr.** |
|---|---|
Name
**7503 Homestead**
Number        Street

**Lubbock**        **TX**        **79424**
City                State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __2.4__
- ☐ Schedule G, line _____
**Reagan Durham**

| 3.40 | **William Riley, Jr.** |
|---|---|
Name
**7503 Homestead**
Number        Street

**Lubbock**        **TX**        **79424**
City                State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __2.1__
- ☐ Schedule G, line _____
**Diane Lara**

| 3.41 | **William Riley, Jr.** |
|---|---|
Name
**7503 Homestead**
Number        Street

**Lubbock**        **TX**        **79424**
City                State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __5.9__
- ☐ Schedule G, line _____
**Waste Connections Inc.**

| 3.42 | **William Riley, Jr.** |
|---|---|
Name
**7503 Homestead**
Number        Street

**Lubbock**        **TX**        **79424**
City                State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.34__
- ☐ Schedule G, line _____
**Waste Connections**

| 3.43 | **William Riley, Jr.** |
|---|---|
Name
**7503 Homestead**
Number        Street

**Lubbock**        **TX**        **79424**
City                State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.10__
- ☐ Schedule G, line _____
**Culligan of Lubbock**

| 3.44 | **William Riley, Jr.** |
|---|---|
Name
**7503 Homestead**
Number        Street

**Lubbock**        **TX**        **79424**
City                State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.12__
- ☐ Schedule G, line _____
**David & Sherelle Vaughn**

Debtor 1 **Pamela Renee Riley**        Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**        Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.45 | **William Riley, Jr.** |
|---|---|

Name

**7503 Homestead**
Number     Street

**Lubbock**     **TX**     **79424**
City     State     ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **5.2**
☐ Schedule G, line _____
**Allstate Auto Insurance**

| 3.46 | **Riley, Jr., William Steven** |
|---|---|

Name

**7503 Homestead**
Number     Street

**Lubbock**     **TX**     **79424**
City     State     ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **5.1**
☐ Schedule G, line _____
**A Plus Storage**

| 3.47 | **Riley, Jr., William Steven** |
|---|---|

Name

**7503 Homestead**
Number     Street

**Lubbock**     **TX**     **79424**
City     State     ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.1**
☐ Schedule G, line _____
**Air Evac Lifeteam**

| 3.48 | **Riley, Jr., William Steven** |
|---|---|

Name

**7503 Homestead**
Number     Street

**Lubbock**     **TX**     **79424**
City     State     ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **5.2**
☐ Schedule G, line _____
**Allstate Auto Insurance**

| 3.49 | **Riley, Jr., William Steven** |
|---|---|

Name

**7503 Homestead**
Number     Street

**Lubbock**     **TX**     **79424**
City     State     ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.2**
☐ Schedule G, line _____
**American Express**

| 3.50 | **Riley, Jr., William Steven** |
|---|---|

Name

**7503 Homestead**
Number     Street

**Lubbock**     **TX**     **79424**
City     State     ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.3**
☐ Schedule G, line _____
**Atmos Energy**

Debtor 1 **Pamela Renee Riley** Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor** Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.51 | **Riley, Jr., William Steven** |
|---|---|
| | Name |
| | **7503 Homestead** |
| | Number Street |
| | **Lubbock** **TX** **79424** |
| | City State ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **5.3**
☐ Schedule G, line _____
**Barrett Daffin Frappier et al**

| 3.52 | **Riley, Jr., William Steven** |
|---|---|
| | Name |
| | **7503 Homestead** |
| | Number Street |
| | **Lubbock** **TX** **79424** |
| | City State ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.4**
☐ Schedule G, line _____
**Canon Financial**

| 3.53 | **Riley, Jr., William Steven** |
|---|---|
| | Name |
| | **7503 Homestead** |
| | Number Street |
| | **Lubbock** **TX** **79424** |
| | City State ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **5.4**
☐ Schedule G, line _____
**Chad Smith**

| 3.54 | **Riley, Jr., William Steven** |
|---|---|
| | Name |
| | **7503 Homestead** |
| | Number Street |
| | **Lubbock** **TX** **79424** |
| | City State ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **5.5**
☐ Schedule G, line _____
**Complete Payment Recovery Serv**

| 3.55 | **Riley, Jr., William Steven** |
|---|---|
| | Name |
| | **7503 Homestead** |
| | Number Street |
| | **Lubbock** **TX** **79424** |
| | City State ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.8**
☐ Schedule G, line _____
**Cook Children's Pediatric**

| 3.56 | **Riley, Jr., William Steven** |
|---|---|
| | Name |
| | **7503 Homestead** |
| | Number Street |
| | **Lubbock** **TX** **79424** |
| | City State ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.9**
☐ Schedule G, line _____
**Covenant Health System**

Debtor 1 __Pamela Renee Riley__     Case number (if known) _____

| | **Additional Page to List More Codebtors** |
|---|---|

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.57 | **Riley, Jr., William Steven** |
|---|---|
Name

**7503 Homestead**
Number    Street

_____

**Lubbock**    **TX**    **79424**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.10__
☐ Schedule G, line _____
**Culligan of Lubbock**

| 3.58 | **Riley, Jr., William Steven** |
|---|---|
Name

**7503 Homestead**
Number    Street

_____

**Lubbock**    **TX**    **79424**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.11__
☐ Schedule G, line _____
**Custom Electronics**

| 3.59 | **Riley, Jr., William Steven** |
|---|---|
Name

**7503 Homestead**
Number    Street

_____

**Lubbock**    **TX**    **79424**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.12__
☐ Schedule G, line _____
**David & Sherelle Vaughn**

| 3.60 | **Riley, Jr., William Steven** |
|---|---|
Name

**7503 Homestead**
Number    Street

_____

**Lubbock**    **TX**    **79424**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __2.1__
☐ Schedule G, line _____
**Diane Lara**

| 3.61 | **Riley, Jr., William Steven** |
|---|---|
Name

**7503 Homestead**
Number    Street

_____

**Lubbock**    **TX**    **79424**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.13__
☐ Schedule G, line _____
**Falcon Emergency Physicians**

| 3.62 | **Riley, Jr., William Steven** |
|---|---|
Name

**7503 Homestead**
Number    Street

_____

**Lubbock**    **TX**    **79424**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __5.6__
☐ Schedule G, line _____
**Ford Credit**

Debtor 1    **Pamela Renee Riley**         Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**        *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.63**
**Riley, Jr., William Steven**
Name
**7503 Homestead**
Number    Street

**Lubbock**      **TX**      **79424**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.14**
☐ Schedule G, line _____
**Hendrick Medical Center**

**3.64**
**Riley, Jr., William Steven**
Name
**7503 Homestead**
Number    Street

**Lubbock**      **TX**      **79424**
City      State      ZIP Code

☑ Schedule D, line   **2.2**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**IRS**

**3.65**
**Riley, Jr., William Steven**
Name
**7503 Homestead**
Number    Street

**Lubbock**      **TX**      **79424**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **2.3**
☐ Schedule G, line _____
**IRS**

**3.66**
**Riley, Jr., William Steven**
Name
**7503 Homestead**
Number    Street

**Lubbock**      **TX**      **79424**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.16**
☐ Schedule G, line _____
**LP & L**

**3.67**
**Riley, Jr., William Steven**
Name
**7503 Homestead**
Number    Street

**Lubbock**      **TX**      **79424**
City      State      ZIP Code

☑ Schedule D, line   **2.3**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Lubbock Central Appr. Dist.**

**3.68**
**Riley, Jr., William Steven**
Name
**7503 Homestead**
Number    Street

**Lubbock**      **TX**      **79424**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.17**
☐ Schedule G, line _____
**Lubbock National Bank**

Debtor 1  **Pamela Renee Riley**                              Case number (if known) _____

███████    **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                              *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.69 | **Riley, Jr., William Steven** |
| --- | --- |

Name

**7503 Homestead**
Number        Street

_____

**Lubbock**                **TX**        **79424**
City                      State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.18**
☐ Schedule G, line _____
**Lubbock National Bank**

| 3.70 | **Riley, Jr., William Steven** |
| --- | --- |

Name

**7503 Homestead**
Number        Street

_____

**Lubbock**                **TX**        **79424**
City                      State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.22**
☐ Schedule G, line _____
**Progressive Insurance**

| 3.71 | **Riley, Jr., William Steven** |
| --- | --- |

Name

**7503 Homestead**
Number        Street

_____

**Lubbock**                **TX**        **79424**
City                      State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **5.7**
☐ Schedule G, line _____
**R. Michael McCauley, Jr.**

| 3.72 | **Riley, Jr., William Steven** |
| --- | --- |

Name

**7503 Homestead**
Number        Street

_____

**Lubbock**                **TX**        **79424**
City                      State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.23**
☐ Schedule G, line _____
**Radiology Assoc of Abilene**

| 3.73 | **Riley, Jr., William Steven** |
| --- | --- |

Name

**7503 Homestead**
Number        Street

_____

**Lubbock**                **TX**        **79424**
City                      State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **2.4**
☐ Schedule G, line _____
**Reagan Durham**

| 3.74 | **Riley, Jr., William Steven** |
| --- | --- |

Name

**7503 Homestead**
Number        Street

_____

**Lubbock**                **TX**        **79424**
City                      State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.24**
☐ Schedule G, line _____
**Scholastic Book Clubs**

Debtor 1    **Pamela Renee Riley**      Case number *(if known)* _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**      *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.75**

**Riley, Jr., William Steven**
Name
**7503 Homestead**
Number    Street
_____

**Lubbock**      **TX**      **79424**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.25**
☐ Schedule G, line _____
**South Taylor EMS**

**3.76**

**Riley, Jr., William Steven**
Name
**7503 Homestead**
Number    Street
_____

**Lubbock**      **TX**      **79424**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.26**
☐ Schedule G, line _____
**Stonemark Inc**

**3.77**

**Riley, Jr., William Steven**
Name
**7503 Homestead**
Number    Street
_____

**Lubbock**      **TX**      **79424**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.27**
☐ Schedule G, line _____
**Sudden Link**

**3.78**

**Riley, Jr., William Steven**
Name
**7503 Homestead**
Number    Street
_____

**Lubbock**      **TX**      **79424**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.28**
☐ Schedule G, line _____
**Swift Financial Corp**

**3.79**

**Riley, Jr., William Steven**
Name
**7503 Homestead**
Number    Street
_____

**Lubbock**      **TX**      **79424**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.8**
☐ Schedule G, line _____
**Tascosa Office Machines**

**3.80**

**Riley, Jr., William Steven**
Name
**7503 Homestead**
Number    Street
_____

**Lubbock**      **TX**      **79424**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **2.5**
☐ Schedule G, line _____
**Texas Workforce Commission**

Debtor 1 **Pamela Renee Riley**                           Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.81**

**Riley, Jr., William Steven**
Name

**7503 Homestead**
Number    Street

**Lubbock**        **TX**    **79424**
City        State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **2.6**

☐ Schedule G, line _____

**Texas Workforce Commission**

---

**3.82**

**Riley, Jr., William Steven**
Name

**7503 Homestead**
Number    Street

**Lubbock**        **TX**    **79424**
City        State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.30**

☐ Schedule G, line _____

**The Degrasse Law Firm PC**

---

**3.83**

**Riley, Jr., William Steven**
Name

**7503 Homestead**
Number    Street

**Lubbock**        **TX**    **79424**
City        State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.31**

☐ Schedule G, line _____

**Transworld Systems Inc**

---

**3.84**

**Riley, Jr., William Steven**
Name

**7503 Homestead**
Number    Street

**Lubbock**        **TX**    **79424**
City        State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.32**

☐ Schedule G, line _____

**US Foods**

---

**3.85**

**Riley, Jr., William Steven**
Name

**7503 Homestead**
Number    Street

**Lubbock**        **TX**    **79424**
City        State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.33**

☐ Schedule G, line _____

**Vista Bank**

---

**3.86**

**Riley, Jr., William Steven**
Name

**7503 Homestead**
Number    Street

**Lubbock**        **TX**    **79424**
City        State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.34**

☐ Schedule G, line _____

**Waste Connections**

---

Debtor 1    **Pamela Renee Riley**            Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**              *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.87**   **Riley, Jr., William Steven**
Name
**7503 Homestead**
Number     Street

**Lubbock**        **TX**     **79424**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.9**
☐ Schedule G, line _____
**Waste Connections Inc.**

---

**3.88**   **Riley, Jr., William Steven**
Name
**7503 Homestead**
Number     Street

**Lubbock**        **TX**     **79424**
City          State     ZIP Code

☑ Schedule D, line   **2.4**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Wells Fargo Auto**

---

**3.89**   **Riley, Jr., William Steven**
Name
**7503 Homestead**
Number     Street

**Lubbock**        **TX**     **79424**
City          State     ZIP Code

☑ Schedule D, line   **2.5**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Wells Fargo Home Mortgage**

---

**3.90**   **Riley, Jr., William Steven**
Name
**7503 Homestead**
Number     Street

**Lubbock**        **TX**     **79424**
City          State     ZIP Code

☑ Schedule D, line   **2.6**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Wells Fargo Home Mortgage**

---

**3.91**   **Riley, Jr., William Steven**
Name
**7503 Homestead**
Number     Street

**Lubbock**        **TX**     **79424**
City          State     ZIP Code

☑ Schedule D, line   **2.7**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Wells Fargo Home Mortgage**

---

**3.92**   **Riley, Jr., William Steven**
Name
**7503 Homestead**
Number     Street

**Lubbock**        **TX**     **79424**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.35**
☐ Schedule G, line _____
**Zachary & Marcie Miller**

---

**Fill in this information to identify your case:**

Debtor 1 **Pamela** **Renee** **Riley**
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Cost Analyst** | |
| Employer's name | | **X Fab Texas** | |
| Employer's address | | **2301 N University Ave**<br>Number Street | Number Street |
| | | **Lubbock** **TX** **79424**<br>City State Zip Code | City State Zip Code |
| How long employed there? | | **Rehired 6/10/19** | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$8,385.00** | |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$8,385.00** | |

Debtor 1   **Pamela Renee Riley** _____    Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

|  |  |  |  |  |
|---|---|---|---|---|
|  | Copy line 4 here ................................................. → | 4. | $8,385.00 | _____ |
| **5.** | List all payroll deductions: |  |  |  |
|  | **5a.** Tax, Medicare, and Social Security deductions | 5a. | $1,314.13 | _____ |
|  | **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | _____ |
|  | **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | _____ |
|  | **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | _____ |
|  | **5e.** Insurance | 5e. | $317.00 | _____ |
|  | **5f.** Domestic support obligations | 5f. | $0.00 | _____ |
|  | **5g.** Union dues | 5g. | $0.00 | _____ |
|  | **5h.** Other deductions.<br>Specify: _____ | 5h.+ | $0.00 | _____ |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $1,631.13 | _____ |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $6,753.87 | _____ |
| **8.** | List all other income regularly received: |  |  |  |
|  | **8a.** Net income from rental property and from operating a business, profession, or farm<br><br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | _____ |
|  | **8b.** Interest and dividends | 8b. | $0.00 | _____ |
|  | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive<br><br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | _____ |
|  | **8d.** Unemployment compensation | 8d. | $0.00 | _____ |
|  | **8e.** Social Security | 8e. | $0.00 | _____ |
|  | **8f.** Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $0.00 | _____ |
|  | **8g.** Pension or retirement income | 8g. | $0.00 | _____ |
|  | **8h.** Other monthly income.<br>Specify: **Anticipated Child Support** | 8h.+ | $1,000.00 | _____ |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $1,000.00 | _____ |
| **10.** | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $7,753.87 + | _____ = $7,753.87 |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.**<br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br><br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.<br>Specify: _____ | 11. + | $0.00 |  |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | $7,753.87<br>**Combined monthly income** |  |

Debtor 1   **Pamela Renee Riley** _____   Case number (if known) _____

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:

**Hopefully he will pay child support**

**Fill in this information to identify your case:**

| Debtor 1 | **Pamela** | **Renee** | **Riley** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent.....................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Son** | **15** | ☐ No ☑ Yes |
   | **Daughter** | **13** | ☐ No ☑ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence.    4. _____
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes    4a. _____

   4b. Property, homeowner's, or renter's insurance    4b. _____

   4c. Home maintenance, repair, and upkeep expenses    4c. _____

   4d. Homeowner's association or condominium dues    4d. _____

Debtor 1     **Pamela Renee Riley** _____     Case number (if known) _____

**Your expenses**

| | | |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | **$351.88** |
| 6b. Water, sewer, garbage collection | 6b. | **$155.76** |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$325.00** |
| 6d. Other. Specify: _____ | 6d. | _____ |
| 7. **Food and housekeeping supplies** | 7. | **$500.00** |
| 8. **Childcare and children's education costs** | 8. | **$850.00** |
| 9. **Clothing, laundry, and dry cleaning** | 9. | **$25.00** |
| 10. **Personal care products and services** | 10. | **$25.00** |
| 11. **Medical and dental expenses** | 11. | **$35.00** |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$210.00** |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | _____ |
| 14. **Charitable contributions and religious donations** | 14. | _____ |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | _____ |
| 15b. Health insurance | 15b. | _____ |
| 15c. Vehicle insurance | 15c. | **$126.23** |
| 15d. Other insurance. Specify: _____ | 15d. | _____ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | _____ |
| 17b. Car payments for Vehicle 2 | 17b. | _____ |
| 17c. Other. Specify: _____ | 17c. | _____ |
| 17d. Other. Specify: _____ | 17d. | _____ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| 19. **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1  **Pamela Renee Riley** _____  Case number (if known) _____

**20.  Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| 20a. | Mortgages on other property | 20a. | _____ |
|------|------------------------------|------|-------------------|
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.  Other.**  Specify: _____  21.  **+**_____

**22.  Calculate your monthly expenses.**

| 22a. | Add lines 4 through 21. | 22a. | **$2,603.87** |
|------|-------------------------|------|---------------|
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$2,603.87** |

**23.  Calculate your monthly net income.**

| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$7,753.87** |
|------|-------------------------------------------------------------|------|---------------|
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | **—** **$2,603.87** |
| 23c. | Subtract your monthly expenses from your monthly income.  The result is your monthly net income. | 23c. | **$5,150.00** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. | Explain here:
**None.**

| **Fill in this information to identify your case:** |
| --- |

| Debtor 1 | **Pamela** | **Renee** | **Riley** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
| --- | --- | --- | --- |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Pamela Renee Riley**_____

Pamela Renee Riley, Debtor 1

Date  **06/28/2019**_____
     MM / DD / YYYY

X _____

Signature of Debtor 2

Date _____
     MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1     __Pamela__          __Renee__          __Riley__
             First Name          Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name        Last Name

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number
(if known)     _____

☐ Check if this is an
   amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy           04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Pamela Renee Riley** _____    Case number (if known) _____

| Part 2: | Explain the Sources of Your Income |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips ☑ Operating a business | **$10,000.00** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | _____ |
| **For the last calendar year:** (January 1 to December 31, __2018__ ) YYYY | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | **$30,000.00 (est.)** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | _____ |
| **For the calendar year before that:** (January 1 to December 31, __2017__ ) YYYY | ☑ Wages, commissions, bonuses, tips ☑ Operating a business | **$45,235.00** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | _____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☑ No
   ☐ Yes. Fill in the details.

Debtor 1   **Pamela Renee Riley**          Case number (if known) _____

---

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

     ☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

           During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

           ☐ No. Go to line 7.

           ☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

           * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

     ☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

           During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

           ☐ No. Go to line 7.

           ☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Wells Fargo Auto**<br>Creditor's name | | **$2,020.00** | **$42,204.00** | ☐ Mortgage |
| **MACT 9017-026** | 5/5/19; 5/31/19 | | | ☑ Car |
| Number   Street | | | | ☐ Credit card |
| **P.O. Box 168048** | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| **Irving**    **TX**    **75016** | | | | ☐ Other _____ |
| City    State    ZIP Code | | | | |

7.    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

     ☑ No
     ☐ Yes. List all payments to an insider.

Debtor 1    **Pamela Renee Riley** _____    Case number (if known) _____

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | | | | Status of the case |
|---|---|---|---|---|---|---|
| **IMOMO William Riley & Pamela Riley** | **Divorce filed on or about 2/1/19** | Court Name | | | | ☑ Pending |
| | | Number   Street | | | | ☐ On appeal |
| Case number _____ | | | | | | ☐ Concluded |
| | | **Lubbock** | **TX** | **79401** | | |
| | | City | State | ZIP Code | | |
| | | | | | | |
| **Vista Bank vs. William & Pam Riley dba Neighborhood Academy** | **Suit on Account** | Court Name | | | | ☐ Pending |
| | | Number   Street | | | | ☐ On appeal |
| Case number _____ | | | | | | ☐ Concluded |
| | | **Lubbock** | **TX** | **79401** | | |
| | | City | State | ZIP Code | | |
| | | | | | | |
| **American Express Natl Bank vs Neighborhood Academy, Inc & William S. Riley, Jr** | **Suit on Account** | **237th District Court of Lubbock** | | | | ☐ Pending |
| | | Court Name | | | | ☐ On appeal |
| Case number **2018533306** | | Number   Street | | | | ☑ Concluded |
| | | **Lubbock** | **TX** | **79401** | | |
| | | City | State | ZIP Code | | |

Debtor 1     **Pamela Renee Riley** _____    Case number (if known) _____

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☒ No. Go to line 11.
- ☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☒ No
- ☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☒ No
- ☐ Yes

## Part 5:    List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☒ No
- ☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☒ No
- ☐ Yes. Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☒ No
- ☐ Yes. Fill in the details.

Debtor 1     **Pamela Renee Riley**        Case number (if known) _____

| **Part 7:** | **List Certain Payments or Transfers** |
| --- | --- |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

    ☐ No
    ☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| **Elizabeth S. Huffman**<br>Person Who Was Paid | $1500 for attorney fees plus $310 for filing fees | | |
| **Attorney at Law**<br>Number   Street | | **06/27/2019** | **$1,500.00** |
| **1706 14th Street** | | | |
| **Lubbock**     **TX**    **79401-3826**<br>City        State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |
| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| **Dollar Learning Foundation**<br>Person Who Was Paid | Pre filing credit counseling | | |
| Number   Street | | **6/27/2019** | **$9.00** |
| | | | |
| City        State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

    Do not include any payment or transfer that you listed on line 16.

    ☒ No
    ☐ Yes. Fill in the details.

Debtor 1    **Pamela Renee Riley**         Case number (if known) _____

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Sandoval-Ovehrholser LLC**<br>Person Who Received Transfer<br><br>**3305 83rd St**<br>Number    Street<br><br>_____<br><br>**Lubbock**     **TX**     **79423**<br>City       State    ZIP Code<br><br>Person's relationship to you **None** | **Inventory, furnishings, fixtures, equipment, goodwill, etc of Neighborhood Academy** | **Business sold at a loss, but believe sold for FMV; buyers assumed approx. liabilities of $81997.92; no money paid to sellers at closing** | **3/11/2019** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Vista Bank**<br>Name of Financial Institution<br><br>_____<br>Number    Street<br><br>_____<br><br>**Lubbock**    **TX**    **79424**<br>City      State    ZIP Code | **XXXX-** \_\_ \_\_ \_\_ \_\_ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | _____ | _____ |
| **Lubbock National Bank**<br>Name of Financial Institution<br><br>_____<br>Number    Street<br><br>_____<br><br>**Lubbock**    **TX**<br>City      State    ZIP Code | **XXXX-** \_\_ \_\_ \_\_ \_\_ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | _____ | _____ |

Debtor 1   **Pamela Renee Riley**          Case number (if known) _____

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes.  Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes.  Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **A Plus Storage**<br>Name of Storage Facility | **William S. Riley, Jr.**<br>Name | **Business items; no longer have this unit** | ☑ No<br>☐ Yes |
| **10410 Slide Rd**<br>Number    Street | _____<br>Number    Street | | |
| _____ | _____ | | |
| **Lubbock       TX   79424**<br>City            State  ZIP Code | _____<br>City              State  ZIP Code | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23.** **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

Debtor 1  **Pamela Renee Riley**  _____   Case number *(if known)* _____

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes.  Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No

☐ Yes.  Fill in the details.

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.

☑ Yes.  Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Neighborhood Academy** | **Describe the nature of the business** | **Employer Identification number** |
| Business Name | **Montessori school/daycare** | **Do not include Social Security number or ITIN.** |
| **10101 Slide Rd, Ste 700** | | **EIN:** 3  2  –  0  1  2  7  5  8  1 |
| Number     Street | **Name of accountant or bookkeeper** | |
| | **David Hettler CPA** | **Dates business existed** |
| **Lubbock          TX    79424** | | **From**      **2008**      **To**     **2019** |
| City               State    ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes.  Fill in the details below.

Debtor 1   **Pamela Renee Riley** _____    Case number (if known) _____

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Pamela Renee Riley** _____    X _____
    Pamela Renee Riley, Debtor 1                  Signature of Debtor 2

    Date   **06/28/2019**                    Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

In re **Pamela Renee Riley**

Case No. _____

Chapter **13** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.................................................................. | **$3,700.00** |
| Prior to the filing of this statement I have received........................................................ | **$1,500.00** |
| Balance Due.................................................................................................................... | **$2,200.00** |

2. The source of the compensation paid to me was:

☒ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☒ Debtor ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **06/28/2019** | **/s/ Elizabeth S. Huffman** |
| *Date* | *Elizabeth S. Huffman*  Bar No.  00787734 |
| | Elizabeth S. Huffman |
| | Law Office of Elizabeth S. Huffman |
| | 1706 14th Street |
| | Lubbock, TX  79401-3826 |
| | Phone: (806) 762-2744 / Fax: (806) 762-1143 |

---

**/s/ Pamela Renee Riley**

*Pamela Renee Riley*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

IN RE:   **Pamela Renee Riley**

CASE NO

CHAPTER    **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/28/2019 _____

Signature  **/s/ Pamela Renee Riley** _____
                   *Pamela Renee Riley*

Date _____

Signature _____

A Plus Storage
10410 Slide Rd
Lubbock, TX  79424


Air Evac Lifeteam
1001 Boardwalk Springs Place
#250
O'Fallon, MO  63368


Allstate Auto Insurance
P.O. Box 660598
Dallas, TX  75266


American Express
777 American Expressway
Ft. Lauderdale, FL  33337-0001


Atmos Energy
Attn:  Bankruptcy Group
P.O. Box 650205
Dallas, TX  75265-0205


Barrett Daffin Frappier et al
xxx4410
4004 Belt Line Rd, Ste 100
Addison, TX  75001


Canon Financial
P.O. Box 5008
Mt. Laurel, NJ  08054


Capital One
xxxxxxxx9707
P.O. Box 30285
Salt Lake City, UT  84130-0285


Capital One
xxxxxxxx2972
P.O. Box 30285
Salt Lake City, UT  84130-0285

Chad Smith
Attorney at Law
8008 Slide Road, Ste. 33
Lubbock, TX  79424-2828


Collectech Diversified
xxxxxxxxx2119
P.O. Box 12027
Lubbock, TX  79452


Complete Payment Recovery Serv
xxxxx9856
3500 5th St
Northport, AL  35476


Cook Children's Pediatric
410 Lone Star Drive
Abilene, TX  79602


Covenant Health System
xxxxxxx2380
P.O. Box 1201
Lubbock, TX  79408-1201


Culligan of Lubbock
6024 43rd Street
Lubbock, TX  79407


Custom Electronics
1214 18th Street
Lubbock, TX  79401


David & Sherelle Vaughn
3808 54th Street
Lubbock, TX  79413


Diane Lara
2609 Colgate Street
Lubbock, TX  79415

Elizabeth S. Huffman
Attorney at Law
1706 14th Street
Lubbock, TX  79401-3826


Falcon Emergency Physicians
1900 Pine St
Abilene, TX  79601


Ford Credit
xxxx7901
Customer Service Center
P.O. Box 542000
Omaha, NE  68154-8000

Ford Motor Credit Company, LLC
xxxx7901
P.O. Box 62180
Colorado Springs, CO  80962


Hendrick Medical Center
P.O. Box 3117
Abilene, TX  79604


IRS
P.O. Box 7346
Philadelphia, PA  19101-7346


IRS-Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346


Kohls/Chase
xxxxxxxx7114
P.O. Box 3115
Milwaukee, WI  53201-3115


LP & L
City of Lubbock/Atty's Office
P.O. Box 2000
Lubbock, TX  79457

Lubbock Central Appr. Dist.
xxx4749
C/o Laura J. Monroe
P.O. Box 817
Lubbock, TX   79408

Lubbock National Bank
P.O. Box 6100
Lubbock, TX   79493-6100

Merrick Bank
xxxxxxxx7397
P.O. Box 9201
Old Bethpage, NY   11804-9201

Nelnet/US Dept of Education
x7471
P.O. Box 82561
Lincoln, NE   68501-2561

Pamela Renee Riley
9706 Wayne Avenue
Lubbock, TX   79424-4817

Progressive Insurance
6300 Wilson Mills Rd
Mayfield Village, OH   44143

R. Michael McCauley, Jr.
McWhorter, Cobb & Johnson
P.O. Box 2547
Lubbock, TX   79408-2547

Radiology Assoc of Abilene
401 Cypress #10
Abilene, TX   79601

Reagan Durham
304 LaSalle Dr
Clovis, NM   88101

Robert B. Wilson
6308 Iola Ave, Ste. 100
Lubbock, TX 79424-1980


Scholastic Book Clubs
1501 S Loop 289
Lubbock, TX  79423


South Taylor EMS
1458 CR 314
Abilene, TX  79606


Stonemark Inc
8501 Wade Blvd, Ste 620
Frisco, TX  75034


Sudden Link
6710 Hartford Avenue
Lubbock, TX  79413


Swift Financial Corp
501 Carr Rd, Ste 301
Wilmington, DE  19809


Target Bankruptcy Department
xxxxxxxx8364
P.O. Box 1327
Minneapolis, MN  55440


Tascosa Office Machines
1502 Avenue Q
Lubbock, TX  79401


Texas Workforce Commission
Attn:  Rick Diaz
101 E 15th St, Rm 556
Austin, TX  78778-0001

The Degrasse Law Firm PC
xxxx4236
1800 Bering, Ste. 1000
Houston, TX  77057


Transworld Systems Inc
xxxx2869
P.O. Box 15618
Wilmington, DE  19850-5618


US Foods
915 E 50th Street
Lubbock, TX  79404


Vista Bank
4515 98th Street
Lubbock, TX  79424


Waste Connections
5813 E FM 40
Lubbock, TX  79403


Waste Connections Inc.
P.O. Box 2782
Lubbock, TX  79408


Wells Fargo Auto
xxxxxxxx5923
MACT 9017-026
P.O. Box 168048
Irving, TX  75016

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA  50306


William Riley, Jr.
7503 Homestead Ave
Lubbock, TX  79424

```
William Riley, Jr.
7503 Homestead
Lubbock, TX  79424



William Steven Riley, Jr.
7503 Homestead
Lubbock, TX  79424



William T. Neary
1100 S Commerce St., Room 9C60
Dallas, TX  75242



Zachary & Marcie Miller
c/o Wagstaff LLP
P.O. Box 360
Abilene, TX  79604
```

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    **Pamela**    **Renee**    **Riley**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

</td><td>

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

</td></tr>
</table>

**Official Form 122C-1**

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1:   Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $3,333.33 | $0.00 |  |  |  |
| Ordinary and necessary operating expenses | − $2,666.67 | − $0.00 |  |  |  |
| Net monthly income from a business, profession, or farm | $666.66 | $0.00 | Copy here → | $666.66 | $0.00 |

Debtor 1  **Pamela Renee Riley** _____  Case number (if known) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
| --- | --- | --- |

**6. Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |
| --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $0.00 | $0.00 |  |  |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 |  |  |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here ➜ $0.00 | $0.00 |

**7. Interest, dividends, and royalties**  $0.00  $0.00

**8. Unemployment compensation**  $0.00  $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................↓

For you............................................................... $0.00

For your spouse.................................................. $0.00

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.  $0.00  $0.00

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____  _____  _____

_____  _____  _____

Total amounts from separate pages, if any.  + _____  + _____

**11. Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$666.66  + $0.00  = $666.66

**Total average monthly income**

---

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |
| --- | --- |

**12. Copy your total average monthly income from line 11.** .................................................................. $666.66

**13. Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☑ You are married and your spouse is not filing with you.
Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.
Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____  _____

_____  _____

_____  + _____

Total................................................................................ $0.00  Copy here ➜  − $0.00

Debtor 1    **Pamela Renee Riley**           Case number (if known) _____

**14. Your current monthly income.** Subtract the total in line 13 from line 12.     | **$666.66** |

**15. Calculate your current monthly income for the year.** Follow these steps:

   15a.   Copy line 14 here ➔ .............................................................................................................    **$666.66**

          Multiply line 15a by 12 (the number of months in a year).          X    **12**

   15b.   The result is your current monthly income for the year for this part of the form. ..................   **$7,999.92**

**16. Calculate the median family income that applies to you.** Follow these steps:

   16a.   Fill in the state in which you live.         **Texas**

   16b.   Fill in the number of people in your household.        **3**

   16c.   Fill in the median family income for your state and size of household...............................   **$72,271.00**
        To find a list of applicable median income amounts, go online using the link specified in the separate
        instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

   17a.   ☑   Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined
           under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out Calculation of Your Disposable Income (Official Form 122C-2).

   17b.   ☐   Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under
           11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).**
           On line 39 of that form, copy your current monthly income from line 14 above.

---

**Part 3:    Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)**

**18. Copy your total average monthly income from line 11.** .............................................................   **$666.66**

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend
that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's
income, copy the amount from line 13.

   19a.   If the marital adjustment does not apply, fill in 0 on line 19a. ................................................ −   **$0.00**

   19b.   **Subtract line 19a from line 18.**                               **$666.66**

**20. Calculate your current monthly income for the year.** Follow these steps:

   20a.   Copy line 19b ...........................................................................................................................   **$666.66**

          Multiply by 12 (the number of months in a year).           X    **12**

   20b.   The result is your current monthly income for the year for this part of the form.      **$7,999.92**

   20c.   Copy the median family income for your state and size of household from line 16c. ..................... **$72,271.00**

**21. How do the lines compare?**

   ☑   Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form,
      check box 3, *The commitment period is 3 years.* Go to Part 4.

   ☐   Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1
      of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

Debtor 1   **Pamela Renee Riley**                                    Case number (if known) _____

| **Part 4:** | **Sign Below** |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Pamela Renee Riley**                                    **X** _____
Pamela Renee Riley, Debtor 1                                           Signature of Debtor 2

Date  **6/28/2019**                                        Date _____
        MM / DD / YYYY                                                        MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form.  On line 39 of that form, copy your current monthly income from line 14 above.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

IN RE: §
§
**Pamela Renee Riley** §   Case No. _____
§
Debtor(s) §   Chapter   **13**_____

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☐   *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:  **6/28/2019**_____        **/s/ Pamela Renee Riley**_____
Pamela Renee Riley
Debtor
**Soc. Sec. No.   xxx-xx-9029**_____

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  **6/28/2019**_____                          **/s/ Elizabeth S. Huffman**_____
Elizabeth S. Huffman, Attorney for Debtor